Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−30253−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monetha Dockery
   53 Normandy Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9866

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/14/18 at 09:00 AM

to consider and act upon the following:

35 − Motion for Relief from Stay re: 2015 TOYOTA RAV4, VIN: 2T3DFREV9FW370893. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Toyota Lease Trust. Hearing scheduled for 10/24/2018 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit Friom Movant # 3 Proposed Order # 4 Lease Agreement # 5 Certificate of Service) (Carlon, Denise)

Dated: 10/26/18

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court