Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30253−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monetha Dockery
   53 Normandy Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9866

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/14/18 at 09:00 AM

to consider and act upon the following:

*35* − Motion for Relief from Stay re: 2015 TOYOTA RAV4, VIN: 2T3DFREV9FW370893. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Toyota Lease Trust. Hearing scheduled for 10/24/2018 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit Friom Movant # 3 Proposed Order # 4 Lease Agreement # 5 Certificate of Service) (Carlon, Denise)

Dated: 10/26/18

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Monetha Dockery  
       Debtor

Case No. 17-30253-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 26, 2018  
                      Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db         +Monetha Dockery,     53 Normandy Lane,     Willingboro, NJ 08046-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:  
            Albert    Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            George E Veitengruber, III     on behalf of Debtor Monetha    Dockery Gveitengruberesq@gmail.com,  
             knapolitano15@gmail.com  
            Laura M. Egerman     on behalf of Creditor    U.S. Bank Trust, N.A. bkyecf@rasflaw.com,  
             bkyecf@rasflaw.com;legerman@rasnj.com  
            Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
             PARTICIPATION TRUST nj.bkecf@fedphe.com  
            Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
            Steven P. Kelly     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
             PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 8