UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:
    Monetha Dockery,

Debtor.

Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-30253 KCF

Adv. No.:

Hearing Date: 10/24/18 @ 9:00 a.m..

Judge: Katherine C. Ferguson

# ORDER VACATING STAY

    The relief set forth on the following pages, numbered three (3) through three (3) is hereby **ORDERED.**

**DATED: November 6, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Monetha Dockery
Case No:  17-30253 KCF
Caption of Order:  ORDER VACATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2015 TOYOTA RAV4, VIN: 2T3DFREV9FW370893, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and George E. Veitengruber III, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the vehicle 2015 TOYOTA RAV4, VIN: 2T3DFREV9FW370893 is to be returned immediately; and

It is **ORDERED, ADJUDGED and DECREED** that the relief will be granted effective November 15, 2018:

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.