Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−30253−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monetha Dockery
   53 Normandy Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9866

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/17/19
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
George E Veitengruber III, Debtor's Attorney

COMMISSION OR FEES
fee: $2400.00,

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 21, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-30253-MBK
Monetha Dockery                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 21, 2019
                             Form ID: 137          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
```
db             +Monetha Dockery,    53 Normandy Lane,    Willingboro, NJ 08046-1307
aty            +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr             +U.S. Bank Trust, N.A.,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave,   Suite 100,
                Boca Raton, FL 33487-2853
517106856      +AT&T C/O Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
517106857      +Barclay's Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
517106858      +Burlington County Sheriff Office,    49 Rancocas Road,    Room 210,   Mount Holly, NJ 08060-1384
517106859      +Caliber Home Loans Inc.,    P.O. Box 650856,    Dallas, TX 75265-0856
518555160       Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX 75381-4609
518555161       Citibank, N.A., as trustee for CMLTI Asset Trust,    PO Box 814609,    Dallas, TX 75381-4609,
                Citibank, N.A., as trustee for CMLTI Ass,    PO Box 814609,   Dallas, TX 75381-4609
517106864      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,   Trenton, NJ 08695-0245
517106865      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    #100,
                Mount Laurel, NJ 08054-3437
517106866      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 15012,    Chandler, AZ 85244)
518302584       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517199765      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517544241      +U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL.,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                OKLAHOMA CITY OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27    U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517106860      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 00:41:25     Capital One,
                P.O. Box 30253,    Salt Lake City, UT 84130-0253
517106861      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2019 00:41:44     Credit One Bank,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
517290521      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2019 00:41:47     Directv, LLC,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517106862       E-mail/Text: bnc-bluestem@quantum3group.com Nov 22 2019 00:30:07    Fingerhut,   PO Box 1250,
                Saint Cloud, MN 56395-1250
517106863      +E-mail/Text: cio.bncmail@irs.gov Nov 22 2019 00:28:54     Internal Revenue Service,
                P.O Box 7346,   Philadelphia, PA 19101-7346
517286570       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:42
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517268766       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 00:43:09
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
517298123       E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2019 00:29:19
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
517108913      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 00:42:11     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517289778      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 22 2019 00:30:25
                U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                13801 Wireless Way,   Oklahoma City OK 73134-2500
517208847      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2019 00:41:47     Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                              TOTAL: 13

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Caliber Home Loans,    PO Box 650856,    Dallas, TX 75265-0856
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3         User: admin            Page 2 of 2            Date Rcvd: Nov 21, 2019
                            Form ID: 137            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
         Albert  Russo   docs@russotrustee.com
         Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         George E Veitengruber, III   on behalf of Debtor Monetha   Dockery bankruptcy@veitengruberlaw.com,
          knapolitano15@gmail.com
         James Patrick Shay   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST shay@bbs-law.com,  jpshay@gmail.com
         Laura M. Egerman   on behalf of Creditor    U.S. Bank Trust, N.A. bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
         Nicholas V. Rogers   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST nj.bkecf@fedphe.com
         Rebecca Ann Solarz   on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
         Robert  Davidow   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
         Sindi  Mncina   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST smncina@rascrane.com
         Steven P. Kelly   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 11
```