Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk ˙>YfgYm

In re  Monetha Dockery          ,          Case No.  17-30253

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  7  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on           2/24/2021           .

| Citibank, N.A., as trustee for CMLTI Asset Trust | Wilmington Savings Fund Society, FSB |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
PO Box 814609
Dallas, TX 75381-4609

Address of Transferee:
Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept.
Houston TX 77042

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/25/2021

Jeanne A. Naughton
**CLERK OF THE COURT**